UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| | | | |
|---|---|---|---|
| Case No. | MDL 13-2438-PSG<br>CV 11-06408-PSG (PLAx)<br>CV 13-00591-PSG (PLAx)<br>CV 13-04001-PSG (PLAx)<br>CV 13-04003-PSG (PLAx)<br>CV 13-04004 PSG (PLAx)<br>CV 13-04005 PSG (PLAx)<br>CV 13-04006 PSG (PLAx)<br>CV 13-04007 PSG (PLAx)<br>CV 13-04002 PSG (PLAx)<br>CV 13-04361  PSG (PLAx)<br>CV 13-04444 PSG (PLAx)<br>CV 13-04446 PSG (PLAx)<br>CV 13-04447 PSG (PLAx)<br>CV 13-04445 PSG (PLAx)<br>CV 13-6014 PSG (PLAx)<br>SA CV 13-286 PSG (PLAx) | Date | May 5, 2014 |
| Title | In Re:  5-hour Energy Marketing and Sales Practices Litigation<br>Ilya Podobedov et al v. Living Essentials, LLC, et al<br>Cody Soto v. Innovation Ventures LLC<br>Bruce Pettway v. Innovation Ventures LLC<br>Michael Feiner v. Innovation Ventures LLC<br>Thomas R Guarino v. Innovation Ventures, LLC<br>William Waring v. Innovation Ventures, LLC<br>William Forrest v. Innovation Ventures, LLC<br>David Berger v. Innovation Ventures, LLC<br>Junior Hermida v. Innovation Ventures, LLC<br>Marc A Adler v. Innovation Ventures LLC<br>Ayanna Nobles v. Innovation Ventures LLC<br>David Ellis v. Innovation Ventures, LLC<br>Donna a Thompson et al v. Innovation Ventures, LLC<br>Dennis Duckworth v. Innovation Ventures, LLC<br>Anthony Quinn McCray v. Innovation Ventures, LLC<br>Matt Nunez v. Innovation Ventures LLC | | |

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER

On the Court's own motion, the following cases are **ADMINISTRATIVELY CLOSED:**

11-06408-PSG (PLAx)
13-00591-PSG (PLAx)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**　　　　　　　　　　　　　　　　　　　　　　**JS-6**

| Case No. | MDL 13-2438-PSG<br>CV 11-06408-PSG (PLAx)<br>CV 13-00591-PSG (PLAx)<br>CV 13-04001-PSG (PLAx)<br>CV 13-04003-PSG (PLAx)<br>CV 13-04004 PSG (PLAx)<br>CV 13-04005 PSG (PLAx)<br>CV 13-04006 PSG (PLAx)<br>CV 13-04007 PSG (PLAx)<br>CV 13-04002 PSG (PLAx)<br>CV 13-04361  PSG (PLAx)<br>CV 13-04444 PSG (PLAx)<br>CV 13-04446 PSG (PLAx)<br>CV 13-04447 PSG (PLAx)<br>CV 13-04445 PSG (PLAx)<br>CV 13-6014 PSG (PLAx)<br>SA CV 13-286 PSG (PLAx) | Date | May 5, 2014 |
|---|---|---|---|
| Title | In Re:  5-hour Energy Marketing and Sales Practices Litigation<br>Ilya Podobedov et al v. Living Essentials, LLC, et al<br>Cody Soto v. Innovation Ventures LLC<br>Bruce Pettway v. Innovation Ventures LLC<br>Michael Feiner v. Innovation Ventures LLC<br>Thomas R Guarino v. Innovation Ventures, LLC<br>William Waring v. Innovation Ventures, LLC<br>William Forrest v. Innovation Ventures, LLC<br>David Berger v. Innovation Ventures, LLC<br>Junior Hermida v. Innovation Ventures, LLC<br>Marc A Adler v. Innovation Ventures LLC<br>Ayanna Nobles v. Innovation Ventures LLC<br>David Ellis v. Innovation Ventures, LLC<br>Donna a Thompson et al v. Innovation Ventures, LLC<br>Dennis Duckworth v. Innovation Ventures, LLC<br>Anthony Quinn McCray v. Innovation Ventures, LLC<br>Matt Nunez v. Innovation Ventures LLC | | |

13-04001-PSG (PLAx)
13-04003-PSG (PLAx)
13-04004 PSG (PLAx)
13-04005 PSG (PLAx)
13-04006 PSG (PLAx)
13-04007 PSG (PLAx)
13-04002 PSG (PLAx)
13-04361  PSG (PLAx)
13-04444 PSG (PLAx)
13-04446 PSG (PLAx)
13-04447 PSG (PLAx)
13-04445 PSG (PLAx)
CV 13-6014 PSG (PLAx)
SA CV 13-286 PSG (PLAx)

　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　wh